# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No.: 3:10-cr-00038-1 |
| | ) | Judge William L. Campbell, Jr. |
| RONALD LEE GIBSON | ) | |
| **Defendant** | ) | |

## ORDER FOR TEMPORARY RELEASE FROM CUSTODY FOR EVALUATION

The parties have requested by motion that Ronald Lee Gibson be released from custody solely to attend an evaluation for admission to the inpatient substance abuse treatment program at Samaritan Recovery Community, Inc., 319 South 4th Street, Nashville, TN 37206. Upon consideration of the motion and the arguments of the parties, it is hereby

**ORDERED:**

That the defendant, Ronald Lee Gibson, shall be released from the custody of the U.S. Marshal at 9:30 a.m. on May 24, 2018, at the Federal Courthouse, at 801 Broadway, Nashville, Tennessee and immediately enter the custody of his sister, Elaine Marie Gibson, who shall act as Mr. Gibson's third-party custodian and escort him to the assessment. Mr. Gibson shall remain present at Samaritan Recovery Community, Inc. for the duration of the assessment. Mr. Gibson must arrive for the assessment no later 8:45 a.m. on September 21, 2018.

Following completion of the assessment, Mr. Gibson shall be escorted by Ms. Gibson directly to the U.S. Marshals Service in the Federal Courthouse at 801 Broadway, Nashville, Tennessee where he shall return to federal custody. Mr. Gibson shall not visit or stop at any other location while traveling to and from Samaritan Recovery Community, Inc. During his temporary release, Mr. Gibson shall remain subject to all previously-imposed standard and

special conditions of supervision. Mr. Gibson shall voluntarily waive his right to confidentiality regarding the results of his assessment and shall sign any forms necessary to permit the sharing of medical information between Samaritan Recovery Community, Inc. and the U.S. Probation Office, Government counsel and attorney, Gregory D. Smith.

The U.S. Marshal's Service shall be responsible for transporting Mr. Gibson to and from the Federal Courthouse, at 801 Broadway, Nashville, Tennessee on Friday, September 21, 2018.

Upon receipt of the Mr. Gibson's assessment, the parties shall submit an updated report advising the Court of its findings. If Mr. Gibson is deemed eligible for admission to inpatient substance abuse treatment, the parties shall submit a proposed order detailing the conditions of his release for attendance at the designated program for the Court's consideration. Additionally, Mr. Gibson's supervised release conditions shall include the following:

Mr. Gibson shall participate in a program of drug testing and substance abuse treatment which may include a thirty (30) day inpatient treatment program followed by up to ninety (90) days in a residential re-entry center at the direction of the United States Probation Office. Mr. Gibson shall pay all or part of the costs if the United States Probation Office determines Mr. Gibson has the financial ability to do so or has appropriate insurance coverage to pay for such treatment.

Mr. Gibson shall participate in a mental health program as directed by the United States Probation Office. Mr. Gibson shall pay all or part of the costs if the United States Probation Office determines Mr. Gibson has the financial ability to do so or has appropriate insurance coverage to pay for such treatment.

Mr. Gibson shall furnish all financial records, including but not limited to, without limitation, earnings records and tax returns, to the United States Probation Office upon request.

**IT IS SO ORDERED.**

BY THE COURT:

_____
William L. Campbell
United States District Judge